David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated, | Case No. 2:20-cv-00615-SMB |
| Plaintiff, | **CLASS ACTION** |
| vs. | **Notice of Voluntary Dismissal** |
| Earnhardt's Gilbert Dodge, Inc. d/b/a Earnhardt Chrysler Dodge Jeep Ram, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL

1

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), Plaintiff Richard Winters, Jr. ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Earnhardt's Gilbert Dodge, Inc. d/b/a Earnhardt Chrysler Dodge Jeep Ram ("Defendant") with prejudice, and the putative class's claims against Defendant without prejudice.

Respectfully Submitted this 8th Day of May, 2020.

**Kazerouni Law Group, APC**

By: /s/ Ryan L. McBride
    Ryan L. McBride, Esq.

*Counsel for Plaintiff and the Proposed Class*